IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELWOOD GLADFELTER,** : | |
| Petitioner : | |
| : | No. 1:20-cv-1907 |
| v. : | |
| : | (Judge Rambo) |
| **LEE J. ESTOCK,** *et al.*, : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 30th day of December 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss (Doc. No. 11) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** as untimely;

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge